**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Minnesota

Case number (*If known*): _____ Chapter **11** _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Dashfire LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Dashfire |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 46-0904999 |

4. **Debtor's address**

**Principal place of business**

1620 Central Ave NE
Number      Street

Suite 152

Minneapolis          MN    55413
City                State    ZIP Code

Hennepin County
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                State    ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Dashfire LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2085

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                     MM / DD / YYYY

Case number, if known _____

| Debtor | Dashfire LLC | Case number (if known) |
|--------|--------------|------------------------|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

| Number | Street |

_____

_____

| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Dashfire LLC

_Name_

Case number *(if known)*_____

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025
      MM / DD / YYYY

✖ /s/ Lee Egbert           Lee Egbert
Signature of authorized representative of debtor      Printed name

Title   President

**18. Signature of attorney**

✖ /s/ Karl Johnson          Date   04/22/2025
Signature of attorney for debtor        MM / DD / YYYY

Karl Johnson
Printed name

MJB Law Firm PLLC
Firm name

7925 Stone Creek Drive Ste 120A
Number      Street

Chanhassen            MN     55317
City             State     ZIP Code

612-961-0145          karl@mjblawmn.com
Contact phone          Email address

0391211           MN
Bar number           State

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Dashfire, LLC.                                    Bankruptcy No. 25-_____

Chapter 11 Case

Debtor

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Lee Egbert, declare under penalty of perjury that I am the President of Dashfire, LLC
("Debtor") and majority shareholder of Dashfire Holdings, Inc. ("Member"), a Minnesota
corporation and the sole member of the Debtor. I further declare that on April 14, 2025 the
following resolution was duly adopted by a unanimous vote of the shareholders of the Member
pursuant to Article 2.5 of the Amended and Restated Buy-Sell Agreement for Dashfire Holdings,
Inc. and Section 2.8 of the Operating Agreement of the Debtor.

Whereas, it is in the best interest of the Debtor to file a voluntary petition in the United States
Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code and more
specifically, Subchapter V of that chapter;

NOW, THEREFORE, IT IS HEREBY

RESOLVED, that Lee Egbert, is authorized and directed to execute and deliver all documents
necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Debtor;
and

FURTHER RESOLVED, that the Debtor is authorized and directed to employ Karl J. Johnson,
attorney, and the law firm of MJB Law Firm, to represent it in such bankruptcy case; and

FURTHER RESOLVED, that Lee Egbert is authorized and directed to assist counsel in all
proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds in
connection with such bankruptcy case.


Dated: April 17, 2025                    By:/s/ *Lee Egbert*  _____
                                         Lee Egbert, President

1

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

Debtor name ___Dashfire LLC_____

United States Bankruptcy Court for the: ___District of Minnesota___

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................

   $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................

   $ ____388,666.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................

   $ ____388,666.00__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................

   $ ____167,883.40__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $ _____6,000.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................

   +$ ____400,456.51__

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b

   $ ____574,339.91__

**Fill in this information to identify the case:**

Debtor name _____ Dashfire LLC _____

United States Bankruptcy Court for the: _____ District of Minnesota _____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PLS Custom House PO Box 713 Greendale, WI, 53129 | Mimi Rodriguez 414-858-1051 mimir@plschb.com | Suppliers or Vendors | | | | 97,963.60 |
| 2 | American Express PO Box 30379 Salt Lake City, UT, 84130 | corporatesecretarysoffice@aexp.com | Credit Card Debt | | | | 50,000.00 |
| 3 | Beltmann 2480 Long Lake Road Roseville, MN, 55113 | Francisco Becerra 651-639-2915 mike.peshut@beltmann.com | Suppliers or Vendors | | | | 33,267.27 |
| 4 | TransChemical Inc. 419 De Soto Ave. St. Louis, MO, 63147 | Melissa Tueth 314-231-6905 mtueth@transchemical.com | | | | | 25,525.64 |
| 5 | Dyste Williams 6465 Wayzata Blvd #700 Minneapolis, MN, 55426-1751 | Nels Dyste 952-843-4445 kcallen@dystewilliams.com | | | | | 25,123.00 |
| 6 | WebBank 6220 America Center Dr. c/o Bill Operations Alviso, CA, 95002 | 650-288-6453 collections@hq.bill.com | | | | | 21,988.44 |
| 7 | ICI Foods PO Box 742636 Atlanta, GA, 30374-2635 | ar@icifoods.com | | | | | 21,641.85 |
| 8 | Bauhaus 1315 Tyler St NE Minneapolis, MN, 55413 | Matt Schwandt 612-387-1407 matt@bauhausbrewlabs.com | Suppliers or Vendors | | | | 20,450.00 |

Debtor    Dashfire LLC
_____
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Bernicks 801 Sundial Dr Waite Park, MN, 56387 | Travis Yasgar 320-492-0517 tyasgar@bernicks.com | Suppliers or Vendors | | | | 17,220.00 |
| 10 Coyote Logistics PO Box 742636 Atlanta, GA, 30374 | Antina Howard 773-365-6116 billing@coyote.com | Suppliers or Vendors | | | | 13,435.00 |
| 11 United Bottles & Packaging 77 Union Street Toronot Ontario Canada, M6N 3N2 | emette@afmlegalpc.com | | | | | 10,177.78 |
| 12 US Bank 800 Nicollet Mall Minneapolis, MN, 55402 | Levi Anderson 612-303-3317 levi.anderson@usbank.com | Credit Card Debt | | | | 10,000.00 |
| 13 Axle Logistics 835 N. Central Street Knoxville, TN, 37917 | Steven Saint Juste 865-370-2610 aaron.corum@axlelogistics.com | Suppliers or Vendors | | | | 7,730.00 |
| 14 Alcohol and Tobacco Tax and Trade Bureau, Attn: Administrator Mary G. Ryan 1310 G Street, N.W, Box 12 Washington, DC, 20005 | | Taxes & Other Government Units | | | | 6,000.00 |
| 15 Forklifts of Minnesota 2201 W. 94th St Bloomington, MN, 55431 | Jeff Statema 952-887-5400 accounting@forkliftsofmn.com | Suppliers or Vendors | | | | 5,287.69 |
| 16 Sovereign Flavors 341 Plum Creek Meadows Kyle, TX, 78640 | Laura Jacobs 714-437-1996, ext. 118 accounting@sovereignflavors.com | Suppliers or Vendors | | | | 4,145.10 |
| 17 Total Beverage Solution 421 Wando Park Boulevard Suite 200 Mt. Pleasant, SC, 29464 | LeAnna Haigler 843-284-4499 lhaigler@tbsbrands.com | Suppliers or Vendors | | | | 3,438.60 |
| 18 BIX Produce Co. 3060 Centerville Road Saint Paul, MN, 55117 | Steve Pagel 651-487-8000 ar@bixproduce.com | | | | | 3,010.08 |
| 19 Sensient 2515 N Jefferson St. Louis, MO, 63106 | Paulina Valle 800-325-8110 paulina.valle@sensient.com | Suppliers or Vendors | | | | 2,846.11 |
| 20 SGWS PO Box 279370 Miramar, FL, 33027 | Alan Greenspan 214-621-9608 alan.greenspan@sgws.com | Suppliers or Vendors | | | | 2,747.15 |

**Fill in this information to identify the case:**

Debtor name _____Dashfire LLC_____

United States Bankruptcy Court for the: ___District of Minnesota_____

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Highland Bank | Checking | 1  1  4  3 | $ Unknown |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | | $ |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**    $ 0.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | | $ |
|---|---|---|
| 7.2. | | $ |

Debtor   Dashfire LLC
     Name

Case number *(if known)*_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   73,279.00 — 0.00  = ........➤   $ 73,279.00
            face amount    doubtful or uncollectible accounts

11b. Over 90 days old:   12,249.00 — 12,249.00  = ........➤   $ 0.00
            face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 73,279.00

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:   % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

---

Official Form 206A/B   **Schedule A/B: Assets — Real and Personal Property**   page 2

Debtor    Dashfire LLC
_____    Case number (if known)_____
Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Packaging Materials | MM / DD / YYYY | $ 44,492.00 | Cost | $ 44,492.00 |
| 20. **Work in progress** <br> Alcohol | MM / DD / YYYY | $ 11,887.00 | Cost | $ 11,887.00 |
| 21. **Finished goods, including goods held for resale** <br> Alcohol | MM / DD / YYYY | $ 65,222.00 | Cost | $ 65,222.00 |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 121,601.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture**<br>See continuation sheet | $ 0.00 | _____ | $ 0.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 0.00 | _____ | $ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Dashfire LLC
_____
Name

Case number (if known)_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00_____ | | $ 193,786.00_____ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 193,786.00_____

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____
       Dashfire LLC
      Name

Case number (if known) _____

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | (Where available) | | |
| 55.1 1620 Central Avenue NE, Minneapolis, Minnesota Hennepin County 19,396 sq Ft | Leasehold | $_____ | _____ | $_____ 0.00 |
| 55.2 Beltmann 2480 Long Lake Road, Roseville, MN 55113 | Leasehold | $_____ | _____ | $_____ 0.00 |
| 55.3 See continuation sheet | | $_____ 0.00 | _____ | $_____ 0.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| **60. Patents, copyrights, trademarks, and trade secrets** Dashfire trademarks | $_____ | | Unknown $_____ |
| **61. Internet domain names and websites** dashfire.us | $_____ | | Unknown $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor   Dashfire LLC

Name _____   Case number *(if known)*_____

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____   0.00 __ 0.00   = ➡   $ 0.00
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
See continuation sheet
_____   $ Unknown

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Dashfire LLC
Name _____    Case number (if known) _____

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 73,279.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 121,601.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 193,786.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 388,666.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... 388,666.00   $ 388,666.00

Debtor 1    Dashfire LLC

First Name    Middle Name    Last Name            Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 18 high top chairs | | | Unknown |
| 12 Office Charis | | | Unknown |
| 6 couches | | | Unknown |
| 4 outside patio tables | | | Unknown |
| 12 office desks | | | Unknown |
| 12 outside patio chairs | | | Unknown |
| 10 conference chairs | | | Unknown |
| 3 outside patio couches | | | Unknown |
| 3 break room tables | | | Unknown |
| 9x9 lockers | | | 0.00 |
| 2 conference tables | | | Unknown |
| 6 break room chairs | | | Unknown |
| 3 long tables | | | Unknown |
| 5 lamps | | | Unknown |
| 2 six foot stainless steel tables | | | Unknown |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| refrigerator | | | Unknown |
| 1 television | | | 0.00 |
| wifi router | | | Unknown |
| 8 tap kegerator | | | 0.00 |
| microwave | | | Unknown |
| 3 square pos terminals | | | Unknown |

| Debtor 1 | Dashfire LLC | | | Case number (if known) |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| induction burner | Unknown |
| --- | --- |
| 6 computers | Unknown |
| 8 filing cabinets | Unknown |
| paper shredder | Unknown |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
| --- | --- | --- | --- |
| Body & Neck Labeler | | | 9,000.00 |
| Refrigerator, Side by Side | | | 3,500.00 |
| PPM CO2 Meter | | | 665.00 |
| Bottle Filler / Capper, 6 Head – Inline w/capper | | | 27,800.00 |
| 1.5HP Chiller | | | 5,500.00 |
| 30BBL Tank | | | 9,400.00 |
| Tank Equipment – 2 Micro Carb Stone | | | 130.00 |
| Tank Equipment – Butterfly Valves 1.5" x3 | | | 192.00 |
| Tubing – 1.5" ID – 3 Meters x2 | | | 160.00 |
| Tank Equipment – Thermowell | | | 25.00 |
| Walk–in Cooler | | | 9,700.00 |
| Tank Equipment – Tri Clamps 1.5" x10 | | | 65.00 |
| Tank Equipment – Spudding Valve | | | 329.00 |
| Logistics – 2 Ton Chain Hoise | | | 250.00 |
| Canning Line for Aluminum & Tin Cans, 200ml to 16oz | | | 40,500.00 |
| Tank Equipment – Temp Probe | | | 70.00 |

Debtor 1    Dashfire LLC

First Name    Middle Name    Last Name      Case number *(if known)*_____

### Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| **Tunnel Pasteurizer 8 Meter** | **32,500.00** |
| **Trench Drains for Pasteurizer** | **25,000.00** |
| **Five Barrel Carbonation System** | **29,000.00** |
| **PU Monitor** | **Unknown** |

**55) Real property**

| General description | Nature and extent of interest | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| **Manning Transportation 2775 101st Avenue NE Blaine, MN 55449** | **Leasehold** | | | **0.00** |
| **Bauhaus 350 73rd Ave. NE, Dock #18 Fridley, MN 55432** | **Leasehold** | | | **0.00** |

**73) Interests in insurance policies or annuities**

| General description | Current value |
|---|---|
| **Nationwide Insurance General Liability Policy** | **Unknown** |
| **Founders Insurance Company Liquor Liability Policy** | **Unknown** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Dashfire LLC |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Live Oak Banking Company<br><br>**Creditor's mailing address**<br>1741 Tiburon Drive<br>Wilmington, NC 28403<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** 09/20/2017<br>**Last 4 digits of account number** 5010<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **Describe debtor's property that is subject to a lien**<br>30BBL Tank, 1.5HP Chiller, Bottle Filler / Capper, 6 Head - Inline w/capper, Body & Neck Labeler, PPM $CO_2$ Meter, Tubing - 1.5" ID - 3 Meters x2, Tank Equipment - 2 Micro Carb Stone, Tank Equipment - Tri Clamps 1.5" x10, Tank Equipment -<br>**Describe the lien**<br>Agreement you made<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 99,303.97 | $ 193,786.00 |
| **2.2** **Creditor's name**<br>Live Oak Banking Company<br><br>**Creditor's mailing address**<br>1741 Tiburon Drive<br>Wilmington, NC 28403<br><br>**Creditor's email address, if known**<br>bill.schiller@liveoak.bank<br><br>**Date debt was incurred** May 20, 2019<br>**Last 4 digits of account number** 7006<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>30BBL Tank, 1.5HP Chiller, Bottle Filler / Capper, 6 Head - Inline w/capper, Body & Neck Labeler, PPM $CO_2$ Meter, Tubing - 1.5" ID - 3 Meters x2, Tank Equipment - 2 Micro Carb Stone, Tank Equipment - Tri Clamps 1.5" x10, Tank Equipment - Butterfly Valves 1.5" x3, Tank Equipment - Spudding Valve, Tank Equipment -<br>**Describe the lien**<br>Agreement you made<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,579.43 | $267,065.00 |

　☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 167,883.40

Debtor    Dashfire LLC
_____
Name

Case number *(if known)*_____

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor        Dashfire LLC

United States Bankruptcy Court for the:   District of Minnesota

Case number
(if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**
Alcohol and Tobacco Tax and Trade Bureau,
Attn: Administrator Mary G. Ryan
1310 G Street, N.W., Box 12
Washington, DC 20005

**As of the petition filing date, the claim is:** $ 6,000.00      $ 6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number**   _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | **Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

**As of the petition filing date, the claim is:** $ Unknown      $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number**   _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | **Priority creditor's name and mailing address**
Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN 55164-0447

**As of the petition filing date, the claim is:** $ Unknown      $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account
number**   _____

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  Dashfire LLC
_____
Name

Case number *(if known)* _____

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
3Leche Lab
1401 Marshall St NE
STE 130
Minneapolis, MN 55413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 595.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 270.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
AK Material Handling
8630 Monticello Lane North
Maple Grove, MN 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,801.06

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
American Express
PO Box 30379
Salt Lake City, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 50,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Axle Logistics
835 N. Central Street
Knoxville, TN 37917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 7,730.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Badger Liquor
850 Morris Street
Fond du Lac, WI 54935

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 289.07

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Dashfire LLC__
Name

Case number _(if known)_____

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.7** **Nonpriority creditor's name and mailing address**

Bauhaus
1315 Tyler St NE
Minneapolis, MN 55413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 20,450.00

---

**3.8** **Nonpriority creditor's name and mailing address**

Beltmann
2480 Long Lake Road
Roseville, MN 55113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 33,267.27

---

**3.9** **Nonpriority creditor's name and mailing address**

Bernicks
801 Sundial Dr
Waite Park, MN 56387

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,220.00

---

**3.10** **Nonpriority creditor's name and mailing address**

BIX Produce Co.
3060 Centerville Road
Saint Paul, MN 55117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,010.08

---

**3.11** **Nonpriority creditor's name and mailing address**

Brook & Whittle
4000 Hamilton Middletown Road
Hamilton, OH 45011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,273.20

---

Debtor  DashMe LLC
        Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12** Nonpriority creditor's name and mailing address

Capitol Husting
12001 W Carmen Ave
Milwaukee, WI 53225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,365.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

Central McGowan
PO Box 912
Minneapolis, MN 55440

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,490.75

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Coyote Logistics
PO Box 742636
Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 13,435.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

Diversey, a Solenis Company
2475 Pinnacle Drive
Wilmington, DE 19803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 768.25

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

Dyste Williams
6465 Wayzata Blvd
#700
Minneapolis, MN 55426-1751

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 25,123.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Jasmine LEO
_____
Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

FedEx Freight
Dept. CH PO Box 10306
Palatine, IL 60055-0306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 92.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

Fire Protection Equipment Co
2020 Broadway St NE
Suite 100
Minneapolis, MN 55413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 405.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

Forklifts of Minnesota
2201 W. 94th St
Bloomington, MN 55431

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 5,287.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address

Frank Liquor Company
2115 Pleasant View Road
Middleton, WI 53562

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 130.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address

Greenwood
PO Box 95851
Chicago, IL 60694

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 1,663.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  DashFire LLC
_____
Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 22    **Nonpriority creditor's name and mailing address**

ICI Foods
PO Box 742636
Atlanta, GA 30374-2635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,641.85

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 23    **Nonpriority creditor's name and mailing address**

JGS Management, LLC, c/o Bohm CRE, LLC
1620 Central Ave NE
Minneapolis, MN 55413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 24    **Nonpriority creditor's name and mailing address**

JL Beverage Marketing
2316 Pin Oak Drive
Finksburg, MD 24048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 881.48

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 25    **Nonpriority creditor's name and mailing address**

Lanterna
PO Box 47250
Baltimore, MD 21244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,158.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 26    **Nonpriority creditor's name and mailing address**

Manning Transfer
2775 101st Ave NE
Blaine, MN 55449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,646.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    DashMe LLC
Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.27  Nonpriority creditor's name and mailing address**

McFinn Technologies LLC
8920 58th Place
Suite 100
Kenosha, WI 53144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 121.24

---

**3.28  Nonpriority creditor's name and mailing address**

Monterey Bay Spice Co
241 Walker St.
Watsonville, CA 95076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,405.72

---

**3.29  Nonpriority creditor's name and mailing address**

OSI Batteries
6024 Culligan Way
Minnetonka, MN 55345

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 565.85

---

**3.30  Nonpriority creditor's name and mailing address**

Pallet Resource Corp
3371 99th Court NE
Minneapolis, MN 55449

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 595.00

---

**3.31  Nonpriority creditor's name and mailing address**

PLS Custom House
PO Box 713
Greendale, WI 53129

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 97,963.60

---

Debtor  Dashing LEO
Name

Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.32** Nonpriority creditor's name and mailing address

Priority Courier Experts
PO Box 10699
Saint Paul, MN 55110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 121.98

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

RNDC Virginia
836 Lagoon
Montgomery, AL 36117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,484.30

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

Saver Glass
2950 Cordelia Road
Fairfield, CA 94534

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,496.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

Sensient
2515 N Jefferson
St. Louis, MO 63106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,846.11

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

SGWS
PO Box 279370
Miramar, FL 33027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 2,747.15

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___DashMe LLC_____   Case number _(if known)_____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Sovereign Flavors
341 Plum Creek Meadows
Kyle, TX 78640

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,145.10

**3.38** Nonpriority creditor's name and mailing address

Sweet Science Ice Cream
1168 Edgcumbe Road
Saint Paul, MN 55105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 204.00

**3.39** Nonpriority creditor's name and mailing address

Total Beverage Solution
421 Wando Park Boulevard
Suite 200
Mt. Pleasant, SC 29464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,438.60

**3.40** Nonpriority creditor's name and mailing address

TransChemical Inc.
419 De Soto Ave.
St. Louis, MO 63147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,525.64

**3.41** Nonpriority creditor's name and mailing address

United Bottles & Packaging
77 Union Street
Toronot
Ontario Canada M6N 3N2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,177.78

Debtor _Dashmesh LLC_____    Case number _(if known)_____
       Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  Nonpriority creditor's name and mailing address

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 43  Nonpriority creditor's name and mailing address

VELP Scientifica
40 Burt Drive, Unit 1
Deer Park, NY 11729

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,632.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44  Nonpriority creditor's name and mailing address

WebBank
6220 America Center Dr.
c/o Bill Operations
Alviso, CA 95002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 21,988.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 12

Debtor _____Dashm LLC_____      Case number *(if known)*_____
      Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1. | Alcohol and Tobacco Tax and Trade Bureau, Office of Chief Counsel<br>1310 G Street, NW Box 12<br>Washington, DC 20005 | Line 2.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Andrew M. Luger, U.S. Attorney for the District of Minnesota<br>U.S. Courthouse, 300 South 4th Street<br>Suite 600<br>Minneapolis, MN 55415 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.3. | Andrew M. Luger, U.S. Attorney for the District of Minnesota<br>U.S. Courthouse, 300 South 4th Street<br>Suite 600<br>Minneapolis, MN 55415 | Line 2.1<br>☐ Not listed. Explain | _____ |
| 4.4. | Attorney General<br>U.S. Department of Justice, 950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 41. | Keith Ellison, MN Attorney General<br>445 Minnesota Street<br>Suite 600<br>Saint Paul, MN 55101 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _DashMe, LLC_____    Case number _(if known)_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 6,000.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 400,456.51 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $ 406,456.51 |

**Fill in this information to identify the case:**

Debtor name __Dashfire LLC__

United States Bankruptcy Court for the: __District of Minnesota__

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 1620 Central Avenue NE Minneapolis, MN Lessee | JGS Management, LLC 1620 Central Avenue NE Suite 103 Minneapolis, MN, 55413-5541 |
| | State the term remaining | until December 31, 2030 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _Dashfire LLC_

United States Bankruptcy Court for the: _District of Minnesota_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 Lee Egbert | 354 Saratoga Street S<br>St. Paul, MN 55105 | Live Oak Banking Company | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Dashfire Holdings, Inc | | Live Oak Banking Compa | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br><br>Dashfire Bitters, LLC | | Live Oak Banking Compa | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Dashfire LLC___

United States Bankruptcy Court for the:  District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:     Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY  to | Filing date | ☐ Operating a business ☐ Other | $_____0.00 |
   | **For prior year:** | From 01/01/2023 MM / DD / YYYY  to | 12/31/2023 MM / DD / YYYY | ☑ Operating a business ☐ Other | $____1,830,496.00 |
   | **For the year before that:** | From 01/01/2022 MM / DD / YYYY  to | 12/31/2022 MM / DD / YYYY | ☑ Operating a business ☐ Other | $____1,858,417.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM / DD / YYYY  to | Filing date | _____ | $_____ |
   | **For prior year:** | From _____ MM / DD / YYYY  to | _____ MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____ MM / DD / YYYY  to | _____ MM / DD / YYYY | _____ | $_____ |

Debtor    Dashfire LLC
_____    Case number *(if known)*_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Dashfire LLC | Case number (if known) |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |

| Debtor | Dashfire LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Dashfire LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sapientia Law Group | | 1/24/2025 | $ 10,000.00 |
| | **Address** | | | |
| | 120 South Sixth Street Suite 100 Minneapolis, MN 55402 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | MJB Law Firm | Retainer | 02/19/2025 | $ 30,214.00 |
| | **Address** 7925 Stone Creek Drive Ste 120A Chanhassen, MN 55317 | | | |
| | **Email or website address** www.mjblawmn.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    Dashfire LLC
_____    Case number *(if known)*_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Dashfire LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

Debtor    Dashfire LLC
_____    Case number (if known)_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Dashfire LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

| Debtor | Dashfire LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____   To _____ |

---

Debtor    Dashfire LLC
_____
Name                                                                                      Case number (if known)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

---

Debtor Dashfire LLC _____     Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Dashfire LLC
_____   Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   _____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dashfire Holdings, Inc. | 1620 Central Ave NE, Minneapolis, MN 55413 | | 100 |
| Lee Egbert | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Lee Egbert Name 354 Saratoga Street S Saint Paul, MN 55105 | 100,000.00 | _____ | Salary. |
| | | _____ | |
| | | _____ | |
| Relationship to debtor Owner of 70.96% of Dashfire Holdings, Inc. | | _____ | |

Debtor   Dashfire LLC
_____
Name

Case number (*if known*)_____

| | | |
|---|---|---|
| **Name and address of recipient** | 10,000.00 | _____ | Hourly wages. |

30.2

Dawn Egbert
_____
Name
354 Saratoga Street S
Saint Paul, MN 55105

_____

_____

_____

**Relationship to debtor**

_____

Owner of 9.39% of Dashfire Holdings, Inc.
_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| Dashfire Holdings, Inc. | EIN: 83-0749930 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: _____ |

---

| Part 14: | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025
             _____
             MM  / DD  / YYYY

✖ /s/ Lee Egbert
_____
Signature of individual signing on behalf of the debtor

Printed name   Lee Egbert
_____

Position or relationship to debtor   President
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**United States Bankruptcy Court**

**IN RE:**                                                        Case No._____

Dashfire LLC
_____   Chapter   11
_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dashfire Holdings, Inc. 1620 Central Ave NE, Minneapolis, MN 55413 | 100 | Managing member |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name ___Dashfire LLC_____

United States Bankruptcy Court for the: ___District of Minnesota_____

Case number (*If known*): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/22/2025___        ✘ /s/ Lee Egbert _____
            MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                        Lee Egbert _____
                        Printed name

                        President _____
                        Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

District of Minnesota

In re:  Dashfire LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    04/22/2025

/s/ Lee Egbert

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

3Leche Lab
1401 Marshall St NE
STE 130
Minneapolis, MN 55413

ABA Packaging Corporation
740 Blue Point Road
Holtsville, NY 11742

AK Material Handling
8630 Monticello Lane North
Maple Grove, MN 55369

Alcohol and Tobacco Tax and Trade Bureau, Att
1310 G Street, N.W, Box 12
Washington, DC 20005

Alcohol and Tobacco Tax and Trade Bureau, Off
1310 G Street, NW Box 12
Washington, DC 20005

American Express
PO Box 30379
Salt Lake City, UT 84130

Andrew M. Luger, U.S. Attorney for the Distri
U.S. Courthouse, 300 South 4th Street
Suite 600
Minneapolis, MN 55415

Attorney General
U.S. Department of Justice, 950 Pennsylv
Washington, DC 20530

Axle Logistics
835 N. Central Street
Knoxville, TN 37917

Badger Liquor
850 Morris Street
Fond du Lac, WI 54935

Bauhaus
1315 Tyler St NE
Minneapolis, MN 55413

Beltmann
2480 Long Lake Road
Roseville, MN 55113

Bernicks
801 Sundial Dr
Waite Park, MN 56387

BIX Produce Co.
3060 Centerville Road
Saint Paul, MN 55117

Brook & Whittle
4000 Hamilton Middletown Road
Hamilton, OH 45011

Capitol Husting
12001 W Carmen Ave
Milwaukee, WI 53225

Central McGowan
PO Box 912
Minneapolis, MN 55440

Coyote Logistics
PO Box 742636
Atlanta, GA 30374

Dashfire Bitters, LLC

Dashfire Holdings, Inc.

Diversey, a Solenis Company
2475 Pinnacle Drive
Wilmington, DE 19803

Dyste Williams
6465 Wayzata Blvd
Minneapolis, MN 55426-1751

FedEx Freight
Dept. CH PO Box 10306
Palatine, IL 60055-0306

Fire Protection Equipment Co
2020 Broadway St NE
Suite 100
Minneapolis, MN 55413

Forklifts of Minnesota
2201 W. 94th St
Bloomington, MN 55431

Frank Liquor Company
2115 Pleasant View Road
Middleton, WI 53562

Greenwood
PO Box 95851
Chicago, IL 60694

ICI Foods
PO Box 742636
Atlanta, GA 30374-2635

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

JGS Management, LLC
1620 Central Avenue NE
Suite 103
Minneapolis, MN 55413-5541

JGS Management, LLC, c/o Bohm CRE, LLC
1620 Central Ave NE
Minneapolis, MN 55413

JL Beverage Marketing
2316 Pin Oak Drive
Finksburg, MD 24048

Keith Ellison, MN Attorney General
445 Minnesota Street
Suite 600
Saint Paul, MN 55101

Lanterna
PO Box 47250
Baltimore, MD 21244

Lee Egbert
354 Saratoga Street S
St. Paul, MN 55105

Live Oak Banking Company
1741 Tiburon Drive
Wilmington, NC 28403

Manning Transfer
2775 101st Ave NE
Blaine, MN 55449

McFinn Technologies LLC
8920 58th Place
Suite 100
Kenosha, WI 53144

Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN 55164-0447

Monterey Bay Spice Co
241 Walker St.
Watsonville, CA 95076

OSI Batteries
6024 Culligan Way
Minnetonka, MN 55345

Pallet Resource Corp
3371 99th Court NE
Minneapolis, MN 55449

PLS Custom House
PO Box 713
Greendale, WI 53129

Priority Courier Experts
PO Box 10699
Saint Paul, MN 55110

RNDC Virginia
836 Lagoon
Montgomery, AL 36117

Saver Glass
2950 Cordelia Road
Fairfield, CA 94534

Sensient
2515 N Jefferson
St. Louis, MO 63106

SGWS
PO Box 279370
Miramar, FL 33027

Sovereign Flavors
341 Plum Creek Meadows
Kyle, TX 78640

Sweet Science Ice Cream
1168 Edgcumbe Road
Saint Paul, MN 55105

Total Beverage Solution
421 Wando Park Boulevard
Suite 200
Mt. Pleasant, SC 29464

TransChemical Inc.
419 De Soto Ave.
St. Louis, MO 63147

United Bottles & Packaging
77 Union Street
Toronot
Ontario Canada, M6N 3N2

US Bank
800 Nicollet Mall
Minneapolis, MN 55402

VELP Scientifica
40 Burt Drive, Unit 1
Deer Park, NY 11729

WebBank
6220 America Center Dr.
c/o Bill Operations
Alviso, CA 95002